Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Leah B. Mason (Bar No. 240425)
  lmason@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for DOMETIC CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG McDONALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE RITZ-CARLTON HOTEL CO., LLC; MARRIOTT INTERNATIONAL, INC.; DOMETIC CORPORATION; and DOMETIC SALES CORPORATION,<br><br>　　　　Defendants. | Case No. 15-cv-02754-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

WHEREAS, Plaintiff seeks a court order for leave to amend his complaint to:

1. Add a new party, namely, Electrolux Home Products, Inc., as a defendant;
2. Remove Marriott International, Inc. as a defendant;
3. Remove Dometic Sales Corporation as a defendant; and
4. To make other miscellaneous changes.

WHEREAS, Plaintiff and Defendants stipulate to Plaintiff filing of the Second Amended Complaint, which is attached hereto as Exhibit A; and,

WHEREAS the parties agree that Defendants preserve all rights to file a responsive pleading to Plaintiff's Second Amended Complaint, including cross-

1 claims for indemnification, contribution, and declaratory relief against Electrolux
2 Home Products, Inc.
3      NOW THEREFORE Plaintiff and Defendants, by and through their
4 respective attorneys of record, jointly request that the Court issue an order granting
5 Plaintiff leave to file a Second Amended Complaint.
6      IT IS SO STIPULATED:

8 Dated: March 3, 2016     HAIGHT BROWN & BONESTEEL LLP

By: _____*/s/ KrstoMijanovic*_____
Krsto Mijanovic
Attorneys for DOMETIC CORPORATION

12 Dated: March 2, 2016     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____*/s/ Todd A. Walburg*_____
Todd A. Walburg
Attorneys for Plaintiff CRAIG MCDONALD

17 Dated: March 3, 2016     LOMBARDI, LOPER & CONANT, LLP

By: _____*/s/ Maria M. Lampasona*_____
Maria M. Lampasona
Attorneys for Defendant THE RITZ-CARLTON HOTEL CO., LLC

**IT IS SO ORDERED:**

DATED: __3/3_____, 2016

_____[signature]_____
UNITED STATES DISTRICT JUDGE