1  FABRICE N. VINCENT (Bar No. 160780)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
3  Tel: 415.956.1000
   Fax: 415.956.1008
4  *Attorneys for Plaintiff*
   *Craig McDonald*

5

6

               UNITED STATES DISTRICT COURT
7
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
8

9

10  CRAIG McDONALD,                          Case No. 15-cv-02754-RS

11              Plaintiff,                   [~~PROPOSED~~] ORDER

12      v.                                   Current Trial Date: December 4, 2017
                                             Proposed New Trial Date: May 7, 2018
13  THE RITZ-CARLTON HOTEL CO., LLC,
    ELECTROLUX HOME PRODUCTS, INC.,
14  and DOMETIC CORPORATION,

15              Defendants.

16

17                          [~~PROPOSED~~] ORDER

18      Pursuant to the February 2, 2017 stipulation of the parties, the case deadlines are reset

19  as stipulated.

20

21  **IT IS SO ORDERED.**

22

23  Dated: ~~September 23, 2016~~

24                                           _____
                                             Honorable Richard Seeborg
25

[APPROVED stamp with signature]
Judge Richard Seeborg
Date: 2/2/17

26

27

28

1337598.1                    1                        [PROPOSED] ORDER
                                                      CASE NO. 15-CV-02754-RS