UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG McDONALD,<br><br>        Plaintiff,<br><br>v.<br><br>THE RITZ-CARLTON HOTEL CO., LLC, ELECTROLUX HOME PRODUCTS, INC.; and DOMETIC CORPORATION,<br><br>        Defendants. | Case No. 15-cv-02754-RS<br><br>[~~PROPOSED~~] ORDER RESETTING CASE DEADLINE<br>AS MODIFIED BY THE COURT |

[~~PROPOSED~~] ORDER

Pursuant to stipulation, the Court hereby orders the new case deadlines to be as follows:

    a. Plaintiff's expert reports due by 10/17/2018

    b. Non-expert discovery completed 10/17/2018

    c. Private mediation to take place in California by 8/17/2018

    d. Defendant's expert reports due 11/21/2018

    e. Supplemental rebuttal expert reports due 12/19/2018

    f. Close of Expert Discovery due by 12/28/2018

    g. Pretrial Motions heard no later than 1/25/2019

1576246.1     - 1 -     [PROPOSED] ORDER RESETTING CASE DEADLINE
CASE NO. 15-CV-02754-RS

1  h. Final Pretrial Conference held on ~~2/18/2019 at 1:30 p.m.~~ March 21, 2019 at 10:00 am in Courtroom 3,
2  17th Floor, U.S. Courthouse, San Francisco, CA
3  i. Jury Trial shall commence on ~~3/3/2019~~ April 8, 2019 at 9:00 a.m. in Courtroom 3, 17th
4  Floor, U.S. Courthouse, San Francisco, CA.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 6/18/18

_____
Honorable Richard Seeborg