UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>THE RITZ-CARLTON, SAN FRANCISCO; MARRIOTT INTERNATIONAL; THE RITZ-CARLTON HOTEL CO., LLC; DOMETIC SALES CORPORATION; DOES 1 to 20,<br><br>    Defendants. | Case No. 15-cv-02754-RS (MEJ)<br><br>**ORDER RE: APPLICATION FOR ISSUANCE OF LETTERS OF REQUEST**<br><br>Re: Dkt. Nos. 91-93 |

Defendant The Ritz-Carlton Hotel Co., LLC ("Defendant") asked this Court to issue Letters of Request to the Australian government's Attorney-General's Department. Def. Appl. for Issuance of Letters of Req., Dkt. No. 91 ("Def. Appl."); Def. Mem. of Law in Supp. of Appl. for Issuance of Letters of Req., Dkt. No. 92; Def. Decl. in Supp. of Appl. for Issuance of Letters of Req., Dkt. No. 93. Through the Letters of Request, Defendant seeks "the examination of Plaintiff Craig McDonald's ("Plaintiff") Australian medical care providers by deposition" and "production of documents from Plaintiff's Australian medical care providers relating to the above-captioned matter." Def. Appl. at 1-2. The Court has modified the Letters of Request, and hereby **GRANTS** Defendant's Application for Issuance of Letters of Request. Defendant is to use the revised Letters of Request attached to this order.

**IT IS SO ORDERED.**

Dated: July 27, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge