UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG MCDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>THE RITZ-CARLTON HOTEL CO., LLC; ELECTROLUX HOME PRODUCTS, INC.; and DOMETIC CORPORATION,<br><br>    Defendants. | Case No. 15-cv-02754-RS<br>(Assigned for All Purposes to the Hon. Richard Seeborg)<br><br>**[PROPOSED] ORDER**<br><br>Judge:    Hon. Richard Seeborg |

Pursuant to stipulation, this action is hereby dismissed with prejudice, all parties to bear their own fees and costs.

Dated: February  8 , 2019

_____
Richard Seeborg
United States District Court Judge